# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### CRIMINAL CASE NO. 3:10cv667

Meineke Car Care Centers, Inc.,

        Plaintiff,

    V

Joseph E. Glover,

        Defendant.


## ORDER


      This matter is before the Clerk for purposes of returning the cash bond on deposit with the Clerk.  Plaintiff  Meineke Car Care Centers, Inc., deposited $100.00 cash bond with the Clerk on January 20, 2011.

      The case was closed on March 8, 2013, and an audit of the court's deposit fund reflected that the bond was not returned.

      Therefore, the $100.00 cash bond deposited by Plaintiff is to be returned to Brian A. Romanzo, plaintiff's counsel of record in this case.

      So Ordered, this 4th day of September, 2013.


Signed: September 4, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court